# Exhibit E

Buenos Aires, 23 August ,2024

**Chales Schwab**

<u>Fax ▮▮▮7711 fax Number</u>
<u>Address charles schwab att state team</u>
<u>1945 North western drive el paso Texas 79912</u>

Please inform details of deposits and transactions of any account with either names, And I withdraw any power to manage my account.

I **Dolores CARRIL**, Argentine Identification Nro. ▮▮▮178. married to **Martin Dario LIFSCHITZ**, Argentine Identification Nro. ▮▮▮039. To such extent, we are undergoing with Mr. LIFSCHITZ, my husband, a controversial divorce process.

<u>THEREFORE, I HEREBY DULY NOTIFY AND INSTRUCT YOU NOT TO ALLOW ANY TRANSACTIONS, WITHDRAWLS OR OTHERWISE ON OUR ACCOUNT LISTED HEREIN AND/OR ANY OTHER ACCOUNT, SHARES, BONDS OR ANY FINANCIAL PRODUCT UNDER OUR NAME AND/OR THE NAME OF FRAIVAL LLC IN YOUR FINANCIAL INSTITUTION/ BANK</u>.

<u>ACCOUNT No.:</u>

- <u>Tone determined</u> (Owner of the account: Martin Dario LIFSCHITZ, ID ▮▮▮039 and Dolores Carril, ▮▮▮178)

In the event of non-compliance with the above request, I would subject both the financial institution/bank and the officers involved to the appropriate liability and responsibility.

*[signature: Dolores]*

_____
**Dolores CARRIL**
Argentine Identification Nro. ▮▮▮178
▮▮▮@gmail.com  cel ▮▮▮9888

23-Aug-2024 18:14 UTC Time - Vanaia Online Fax - www.vanaia.com        Vanaia Online Fax        p.2

Case 4:25-cv-00112-P     Document 1-6     Filed 02/07/25     Page 3 of 3     PageID 224