# Exhibit G

LAW OFFICE OF

# SCOTT A RUBMAN

515 W 20TH ST STE 4E
NEW YORK, NY 10011-283

M; SCOTTRUBMAN@HOTMAIL.COM

C: +1 (954) 914-3240

December 5, 2024

Charles Schwab & Co., Inc.
211 Main Street
San Francisco, CA 94105

      Re: 3K Investment & Holding S.A.
          Panama City, Panama

Dear Sir/Madam:

I am in receipt of your email improperly addressed to Attorney Trubman regarding the release of the account which you have erroneously claimed as registered to both Mrs. Carril and Mr. Lifschitz. The account is, and always has been, in the name of 3K Investment and Holding S.A. and Schwab cannot unilaterally change their stakeholder obligation to it alone into an obligations to others.

I have confirmed registry of the account and it is in the name of 3k Investment & Holding S.A., therefore in the absence of evidence to the contrary that the account is registered to both Mrs. Carril and Mr. Lifschitz, I kindly ask that you forward this file to an attorney, who would easily understand the legality of the claim of 3K and not further waste professional time.

Very truly yours,

Scott A. Rubman, Esq.

Cc: Martin Lifschitz