# Exhibit I

| | |
|---|---|
| **From:** | Scott Rubman <scottrubman@hotmail.com> |
| **Sent:** | Tuesday, January 21, 2025 9:22 AM |
| **To:** | Coleman, Keisha |
| **Subject:** | Re: TIME-SENSITIVE: Carril/Lifschitz Divorce - Schwab Accounts |
| **Attachments:** | 3k- Ana Maria Moreno Quiroz to Keisha Coleman 1-20-25.pdf; 3K- Diego Lifschitz ro Keisha Coleman 1-21-25.png |

⚠ **EXTERNAL**

In furtherance of documentation as to the improper restriction of my client's account, I attach herewith correspondence from the Director of 3K Investment & Holding , S.A. as well as confirmation that Dolores Carril is no longer an authorized agent.

Scott A. Rubman, Esq.
New York - Buenos Aires - Paris
Tel: +1.954.914.3240

---

**From:** Coleman, Keisha <colemank@ballardspahr.com>
**Sent:** Friday, January 17, 2025 12:52 PM
**To:** ███████████████████████████
**Cc:** Scott Rubman <scottrubman@hotmail.com>
**Subject:** TIME-SENSITIVE: Carril/Lifschitz Divorce - Schwab Accounts

Ms. Carril,

Charles Schwab has retained Ballard Spahr LLP in connection with the above-referenced matter. Please direct all further communications regarding this matter to my attention.

I write in regard to your August 23, 2024 letter (copy attached), in which you advised Schwab that you and Martin Dario Lifschitz are engaged in a divorce proceeding pending in Argentina. In your August 23 letter, you demanded that Schwab restrict all accounts maintained in the names of you and/or Mr. Lifschitz or in the name of Fraival LLC.

I understand that, following the receipt of such letter, Schwab restricted 2 accounts: (1) a joint brokerage account maintained in the names of you and Mr. Lifschitz, as joint tenants, containing $26.94; and (2) a corporate brokerage account maintained in the name of 3K Investments & Holding S.A. (the "3K Investments Account").

Schwab's records currently identify both you and Mr. Lifschitz as authorized agents on the 3K Investments account, with Mr. Lifshitz identified as the primary contact. However, I understand from Mr. Lifschitz's attorney (copied here) that you sold your shares in 3K Investments and are no longer an owner of that company.

**Please confirm that Schwab should remove you as an authorized agent from the 3K Investment account.**

Additionally, I do not presently see a basis for continuing to maintain a restriction on the 3K Investment account. **If you have a court order stating that this particular account should be restricted in connection with the divorce, please send it to me by 6 pm ET next Wednesday, January 22, 2025**. I will review whatever you send.

1

However, based on the limited information provided to date, I do not see a basis for continuing to restrict this corporate account.

Regards,
Keisha

**Keisha O. Coleman**

Ballard Spahr LLP

999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-4421
678.420.9320 DIRECT
678.420.9301 FAX

770.833.5289 MOBILE | colemank@ballardspahr.com
VCARD

---------------------------------

www.ballardspahr.com

2

# 3k investments & holding S.A.

Panama City, Republic of Panama

Keisha Coleman, Esq.
Ballard Spahr LLP
<u>999 Peachtree Street, NE, Suite 1600</u>
<u>Atlanta, GA 30309-4421</u>

Dear Ms. Coleman:

Please be advised that Dolores Carril is no longer authorized to act on behalf of our company in accordance with the attached letter.

Diego Ivan Lifschitz
Director

# 3k investments & holding S.A.

Panama City, Republic of Panama

January 20, 2025

Keisha O. Coleman, Esq.
Ballard Spahr LLP
999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-4421
United States of America

Dear Dr. Coleman:

We hereby inform you that, as of August 15, 2022, after the sale of the shares of 3k investments & holding S.A. of Ms. Dolores Carril, she ceased to be a shareholder and Beneficial Owner of the company 3k investments & holding S.A.

The Broad and General Power of Administration and Disposition granted by 3k investments & holding S.A. in favor of Ms. Carril was revoked at the shareholders' meeting held on August 15, 2022.

Thanking you in advance for your attention, we remain,

Sincerely yours,

**3k investments & holding S.A.**

Ana María Moreno Quiroz
Director & Treasurer