# Exhibit K

| | |
|---|---|
| **From:** | Andres Beccar Varela - abogados de familia <beccarvarela@abogadosdefamilia.com.ar> |
| **Sent:** | Wednesday, January 22, 2025 12:39 PM |
| **To:** | Coleman, Keisha |
| **Subject:** | Re: TIME-SENSITIVE: Carril/Lifschitz Divorce - Schwab Accounts |

⚠ **EXTERNAL**

Keisha:
Unfortunately,
Ms. Carril and Mr. Lifschitz are currently involved in various litigation proceedings in Argentina.
Scott Rubman isn't Mr Lifschitz 's lawyer in those proceedings, he is probably not familiar with that situation due to that fact. Mrs Graciela Eliscovich is his lawyer here.
There is a matter of assets (we finished a mediation with no agreement on assets) next step is the judge deciding on the asset matter. We are on judiciary recess during January. The court will open on february.
There are three kids involved for food, home and education.
The child support agreement is at court Right now.
The situation is not easy, the legal matters are following the courts procedures and legal time.
I am on summer break because court is on recess, I will send you the documents as soon as possible (Mr Lifchitz is aware of all these legal facts)
Regards

Andrés

El mié, 22 de ene de 2025, 09:24, Coleman, Keisha <colemank@ballardspahr.com> escribió:

> Andres,
>
> Could you please confirm, as soon as possible, whether Ms. Carril and Mr. Lifschitz are currently involved in any litigation proceeding in Argentina? Scott Rubman says there is no pending legal matter.
>
> Regards,
>
> Keisha
>
> **Keisha O. Coleman**
> **Ballard Spahr** LLP
>
> 999 Peachtree Street, NE, Suite 1600
> Atlanta, GA 30309-4421

678.420.9320 DIRECT
678.420.9301 FAX

770.833.5289 MOBILE | colemank@ballardspahr.com
VCARD

---

www.ballardspahr.com

**From:** Andres Beccar Varela - abogados de familia <beccarvarela@abogadosdefamilia.com.ar>
**Sent:** Tuesday, January 21, 2025 2:44 PM
**To:** Coleman, Keisha <colemank@ballardspahr.com>
**Cc:** Scott Rubman <scottrubman@hotmail.com>
**Subject:** Re: TIME-SENSITIVE: Carril/Lifschitz Divorce - Schwab Accounts

⚠ **EXTERNAL**

Mrs Coleman:
Thank you for your email.
I look forward to having a conversation with Mr Scott Rubman about this matter, please can you send me your contactos Number?
Until that happens, I ask the account remain as it is with no changes.
I will get back to you as soon as possible, hoping both parties agree as our Argentinean law establishes.
Regards

Andrés

..................................................................

**Andrés María Beccar Varela**
54 11 4742-6008   54 11 4897-3070 54 11 4328-3533

beccarvarela@abogadosdefamilia.com.ar

www.abogadosdefamilia.com.ar

El mar, 21 ene 2025 a las 9:51, Coleman, Keisha (<colemank@ballardspahr.com>) escribió:

> Andres,

I was not aware that Dolores Carril was represented by counsel. I don't intend to respond to her attached email. Please see below.

Mr. Lifschitz's attorney, Scott Rubman, is copied here. I encourage the two of you to have a conversation about this matter. Schwab is merely a neutral custodian and is not in a position to act as a factfinder to weigh the merits of your clients' dispute.

If you cannot agree that the account will remain restricted pending the outcome of the divorce proceedings, Schwab may decide to initiate an interpleader action in the United States. If Schwab has to initiate an interpleader action, it will seek its attorneys' fees and costs associated with the action, with such amounts to be deducted from the account. You may also want to review Schwab's account agreement, as it broadly allows for restriction of accounts in situations like this and typically speaks to the recovery of attorneys' fees and costs as well.

Regards,

Keisha

**Keisha O. Coleman**

**Ballard Spahr** LLP

999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-4421

678.420.9320 DIRECT
678.420.9301 FAX

770.833.5289 MOBILE | colemank@ballardspahr.com
VCARD

--------------------------------
www.ballardspahr.com

**From:** Coleman, Keisha
**Sent:** Friday, January 17, 2025 12:52 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** 'Scott Rubman' <scottrubman@hotmail.com>
**Subject:** TIME-SENSITIVE: Carril/Lifschitz Divorce - Schwab Accounts
**Importance:** High

3

Ms. Carril,

Charles Schwab has retained Ballard Spahr LLP in connection with the above-referenced matter. Please direct all further communications regarding this matter to my attention.

I write in regard to your August 23, 2024 letter (copy attached), in which you advised Schwab that you and Martin Dario Lifschitz are engaged in a divorce proceeding pending in Argentina. In your August 23 letter, you demanded that Schwab restrict all accounts maintained in the names of you and/or Mr. Lifschitz or in the name of Fraival LLC.

I understand that, following the receipt of such letter, Schwab restricted 2 accounts: (1) a joint brokerage account maintained in the names of you and Mr. Lifschitz, as joint tenants, containing $26.94; and (2) a corporate brokerage account maintained in the name of 3K Investments & Holding S.A. (the "3K Investments Account").

Schwab's records currently identify both you and Mr. Lifschitz as authorized agents on the 3K Investments account, with Mr. Lifshitz identified as the primary contact. However, I understand from Mr. Lifschitz's attorney (copied here) that you sold your shares in 3K Investments and are no longer an owner of that company.

**Please confirm that Schwab should remove you as an authorized agent from the 3K Investment account.**

Additionally, I do not presently see a basis for continuing to maintain a restriction on the 3K Investment account. **If you have a court order stating that this particular account should be restricted in connection with the divorce, please send it to me <u>by 6 pm ET next Wednesday, January 22, 2025</u>**. I will review whatever you send. However, based on the limited information provided to date, I do not see a basis for continuing to restrict this corporate account.

Regards,
Keisha

**Keisha O. Coleman**

4

**Ballard Spahr**
LLP

999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-4421

678.420.9320 DIRECT
678.420.9301 FAX

770.833.5289 MOBILE | colemank@ballardspahr.com
VCARD

------------------------------

www.ballardspahr.com

5