IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHARLES SCHWAB & CO., INC. | § | |
| | § | |
| VS. | § | ACTION NO. 4:25-CV-112-Y |
| | § | |
| DOLORES CARRIL, et al. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE AND AUTHORIZATION OF SUBSTITUTE SERVICE OR, IN THE ALTERNATIVE, EXECUTION OF LETTERS ROGATORY**

Pending before the Court is Plaintiff's Motion (doc. 8) for Extension of Time to Complete Service and Authorization of Substitute Service or, in the Alternative, Execution of Letters Rogatory ("the motion"). Having considered the motion, the Court determines that it should be, and it is hereby, GRANTED.

Accordingly, Plaintiff Charles Schwab & Co., Inc. ("Schwab"), is authorized to complete substitute service on Defendant 3K Investments & Holding, S.A. ("3K Investments") according to Federal Rule of Civil Procedure 4(f)(2)(C)(ii). No later than 14 days from the date of this order, Schwab shall present to the clerk of Court one copy in English and one copy in Spanish of the summons, complaint, civil cover sheet, and this order. Upon receipt thereof, the clerk shall send the aforesaid documents via international Federal Express, return receipt requested, to 3K Investments at 10 Elvira Mendez Street, Top Floor, Panama City, Republic of Panama.

Further, according to Rules 4(f)(2)(C)(i) and 4(f)(3), Schwab is authorized to complete substitute service on defendants Dolores Carril and Martin Dario Lifschitz ("the individual defendants") by directing a process server in Buenos Aires, Argentina, to hand-deliver to the individual defendants at their last known address one copy in English and one copy in Spanish of the summons, complaint, civil cover sheet, and this order.

Schwab's deadline to effectuate service of process on all Defendants is hereby extended. Schwab shall file a status report as to service no later than **August 6, 2025.**

Finally, at the conclusion of this case, Schwab may include in its petition for fees and costs a request for reimbursement of the expenses incurred in effectuating service.

SIGNED May 16, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE