UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHARLES SCHWAB & CO., INC.,**

   Plaintiff,

v.                                    **No. 4:25-cv-00112-P**

**DOLORES CARRIL, ET AL.,**

   Defendants.

## ORDER

On June 27, 2025, the Court entered an Order requiring Plaintiff to file proof of service on or before July 3, 2025. ECF No. 13. However, as Plaintiff aptly points out in their Motion to Stay (ECF No. 14), the Judge this case was originally assigned to appropriately granted Plaintiff's reasonable and well-stated motion for alternate service and to extend time to complete service. *See* ECF No. 9. As a result of that Order, Plaintiff's service deadline was extended to August 6, 2025. *Id.* That extended deadline was lost in the transfer of the case to the undersigned and did not make it into the Court's internal deadline records. Consequently, the Court **GRANTS** Plaintiff's Motion and withdraws its prior order (ECF No. 13).

   **SO ORDERED** on this **3rd day of July 2025.**

*/s/ Mark T. Pittman*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE